IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10413
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RUY GARZA,

                                        Defendant-Appellant.



- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:94-CR-191-A
- - - - - - - - - -
April 1, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Ruy Garza appeals from his jury trial conviction and

sentence for possession of cocaine with the intent to distribute

and conspiracy to commit the same.  The evidence was not

insufficient.  See United States v. Vasquez, 953 F.2d 176, 181

(5th Cir.), cert. denied, 504 U.S. 946 (1992).  The district

court did not err by refusing to allow Garza's counsel to ask the

venire panel questions regarding their beliefs in certain

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

propositions of law. <u>United States v. Rodriguez</u>, 993 F.2d 1170, 1176 (5th Cir. 1993), <u>cert. denied</u>, 114 S.Ct. 1547 (1994). The district court did not err in denying Garza a mitigating-role adjustment under U.S.S.G. § 3B1.2. <u>See</u> <u>United States v. Zuniga</u>, 18 F.3d 1254, 1261 (5th Cir.), <u>cert. denied</u>, 115 S. Ct. 214 (1994).

However, the district court exceeded its statutory power under 18 U.S.C. § 3583(d) in ordering Garza deported as a condition of supervised release. <u>See</u> <u>United States v. Quaye</u>, 57 F.3d 447, 450-51 (5th Cir. 1995). Therefore, we ORDER that the judgment below be amended as follows:

> As a condition of supervised release, upon completion of his term of imprisonment Garza is to be surrendered to a duly-authorized immigration official for deportation in accordance with the established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. §§ 1101 <u>et seq</u>. As a further condition of supervised release, if ordered deported, Garza shall remain outside the United States.

> AFFIRMED AS MODIFIED.